UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21769-GAYLES

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ZAQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)    **Zaque Sales A/K/A Zaque Sales Inc.**
    **183 Wilson Street**
    **Brooklyn, NY 11211**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RECALDE LAW FIRM, P.A.
Attorneys for Plaintiff
820 W. 41st Street, Suite 318
Miami Beach, FL 33140
E-mail: rafael@recaldelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Jun 7, 2021_____

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Davis
_____
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21769-GAYLES

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

     Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ENRIQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

     Defendants.
_____/

Jun 7, 2021

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)    **Whims of Beauty A/K/A Camotillo Inc.**
                                                    **C/O Northwest Registered Agent LLC**
                                                    **7904 4th Street N. STE 300**
                                                    **St. Petersburg, FL 33702**

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>RECALDE LAW FIRM, P.A.
>Attorneys for Plaintiff
>820 W. 41st Street, Suite 318
>Miami Beach, FL 33140
>E-mail: rafael@recaldelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 7, 2021

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21769-GAYLES

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ENIQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

    Defendants.
_____/

Jun 7, 2021

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)     **West Side Trading A/K/A 24 Hour Trading Inc.**
    **191 Main Street #2063**
    **Port Washington, NY 11050**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RECALDE LAW FIRM, P.A.
Attorneys for Plaintiff
820 W. 41st Street, Suite 318
Miami Beach, FL 33140
E-mail: rafael@recaldelaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____Jun 7, 2021_____

SUMMONS

s/ C.Davis
_____ _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21769-GAYLES

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ENIQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

    Defendants.
_____/

Jun 7, 2021

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)      **Quality Sourced Products A/K/A JMJ Consulting Group Inc.**
**C/O Phillip M. Clayton, Jr., Registered Agent**
**1197 Perrigrine Circle East**
**Saint Johns, FL 32259**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>RECALDE LAW FIRM, P.A.
>Attorneys for Plaintiff
>820 W. 41st Street, Suite 318
>Miami Beach, FL 33140
>E-mail: rafael@recaldelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Jun 7, 2021__

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21769-GAYLES

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ENRIQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

    Defendants.
_____/

Jun 7, 2021

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)    **MSDesigns A/K/A Creativecandledesigns LLC**
    **C/O Asif Shaikh, Registered Agent**
    **1824 W. 2300 S.**
    **Woods Cross, UT 84087**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> RECALDE LAW FIRM, P.A.
> Attorneys for Plaintiff
> 820 W. 41st Street, Suite 318
> Miami Beach, FL 33140
> E-mail: rafael@recaldelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Jun 7, 2021__

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21769-GAYLES

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ENRIQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

    Defendants.
_____/

Jun 7, 2021

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)    **Lux_Deals A/K/A Lbf Spa Retail Inc.**
    **C/O Scott J. Fuerst, Registered Agent**
    **Plantation, FL 33322**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> RECALDE LAW FIRM, P.A.
> Attorneys for Plaintiff
> 820 W. 41st Street, Suite 318
> Miami Beach, FL 33140
> E-mail: rafael@recaldelaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Jun 7, 2021__



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ARICOL, TOV a/k/a
ARICOL, a/k/a ARICOL LLC
a/k/a ARICOL GROUP a/k/a
ARICOL GROUP OF COMPANIES;
ARICOL.COM;
DIMITRI POPOV;
GENERAL_KING; LUX_DEALS;
WEST SIDE TRADING; WHIMS
OF BEAUTY; MSDESIGNS;
SAITO'S STORE; ENIQUE SALES;
and QUALITY SOURCED
PRODUCTS; Each an
Individual, Partnership,
Business Entity, or Unincorporated
Association

    Defendants.
_____/

Jun 7, 2021

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)    **General_King A/K/A Little Clip Inc.**
**1215 39th Street**
**Brooklyn, NY 1128**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>RECALDE LAW FIRM, P.A.
>Attorneys for Plaintiff
>820 W. 41st Street, Suite 318
>Miami Beach, FL 33140
>E-mail: rafael@recaldelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 7, 2021

**SUMMONS**

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts